**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. No.** CR 05-126S |
| | : | |
| **v.** | : | **In violation Of 21 U.S.C.** |
| | : | **§ 844; 18 U.S.C. § 922(g)(1)** |
| | : | |
| **RONALD HALL** | : | |

**INFORMATION**

The United States Attorney charges that:

COUNT 1

On or about July 20, 2005, in the District of Rhode Island, the defendant, RONALD HALL, did knowingly and intentionally possess five or more grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 844.

COUNT 2

On or about July 20, 2005, in the District of Rhode Island, the defendant, RONALD HALL, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Keltec model P32 .32 caliber semi-automatic pistol, serial number 27810; and a Beretta model 92FS 9mm semi-automatic

pistol, serial number BER424817Z; in violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

GERARD B. SULLIVAN
Chief, Criminal Division

Date: 11/7/05