AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

APPEARANCE

v.

RONALD HALL

CASE NUMBER: CR 05-126 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RONALD HALL, defendant herein

I certify that I am admitted to practice in this court.

11-14-05
*Date*

[signature]
*Signature*

DAVID M. DIMBROSIO 3581
*Print Name* *Bar Number*

140 Plainfield St.
*Address*

PROV. RI 02909
*City* *State* *Zip Code*

401 709-4651
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher