AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
RONALD HALL

## WAIVER OF INDICTMENT

CASE NUMBER: CR05-126S

I, Ronald Hall, the above named defendant, who is accused of

possession of 5 grams or more of cocaine base in violation of Title 21, United States Code, Section 844 (Count 1), and being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1) (Count 2),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on November 14, 2005 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Ronald Hall
Defendant RONALD HALL

Counsel for Defendant DAMON M. D'AMBROSIO, ESQ.

Before David L. Martin
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.