1088270

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

RECEIVED
NOV 07 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

**UNITED STATES OF AMERICA**

v.

RONALD HALL

**WARRANT FOR ARREST**

CASE NUMBER: CR05-126S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RONALD HALL
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION OF COCAINE BASE; FELON IN POSSESSION OF A FIREARM

in violation of
Title 21 United States Code, Section(s) 844 & 18:922(g)(1)

JEANNINE THEALL
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

November 7, 2005 - PROVIDENCE, RI
Date and Location

Bail fixed at
$ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 11/07/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 11/14/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.