# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

RECEIVED
DEC 16 2005
US MARSHALS
RHODE ISLAND

***Case No. CR05-126S***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Ronald Hall**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the **3rd** day of **March, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.**

**Deputy U.S. Marshal**

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: December 14, 2005.

David A. DiMarzio, Clerk

Sentencing

*By* ***Doreen Baldinelli - Deputy Clerk***