UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.A. NO.: 1:05-126-01S |
| | : | |
| RONALD HALL | : | |

**NOTICE OF APPEAL**

NOW COMES the defendant, Ronald Hall, and hereby claims and notices an appeal, to the United States Court of Appeals for the First Circuit, from the Judgment of Conviction and Sentence imposed in the United States District Court, per Mr. Justice Torres, and entered herein on or about the 18th day of March, 2006.

Defendant,
RONALD HALL,
By his Attorney,

Damon D'Ambrosio (#3581)
160 Plainfield Street
Providence, RI 02909
(401) 709-4651
Fax: (401) 709-4498

**CERTIFICATION**

I hereby certify that on this the 20 day of March, 2006, I served a true and correct copy of the within Notice of Appeal upon

Peter Nerhona, Esquire (AUSA)
Office of the United States Attorney
50 Fleet Center, 8th Floor
Providence, RI 02903

Mr. Ronald Hall, Detainee
Donald W. Wyatt Detention Center
950 High Street
Central Falls, RI 02863

all , by regular mail, postage prepaid.

17