**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. CR 1:05CR-00126-01S |
| | : | |
| RONALD HALL | : | |

**DEFENDANT, RONALD HALL'S, MOTION TO PROCEED IN FORMA PAUPERIS**

NOW COMES the defendant, RONALD HALL, by and through his undersigned trial counsel, and moves this Honorable Court, for an Order, permitting the appellant herein to proceed before this Honorable Court, In Forma Pauperis.

As grounds therefor, the defendant states as follows:

1. That he is currently detained and serving a sentence imposed in the United States District Court for the District of Rhode Island, per the William E. Smith, District Court Judge;

2. That he stands convicted of firearms offense and narcotics offenses and is scheduled to serve a sentence of 120 months and has no lawful ability to earn or accept monies within the United States;

3. That the Judgment in a Criminal Case, a copy of which is appended hereto, based upon the Pre-Sentencing Investigation Report, waived all statutory fines and penalties as the defendant-appellant has no such ability to pay the same.

WHEREFORE, the defendant, prays this Honorable Court, for leave to proceed, *in forma pauperis*, and therefore waive all statutory filing fees or otherwise.

Defendant,
RONALD HALL
By his Attorney,

Damon M. D'Ambrosio, Esq.
RI Registration No.: 3581
160 Plainfield Street
Providence, RI 02909
(401) 946-4651
Fax: (401) 944-4161

**CERTIFICATION OF SERVICE**

I hereby certify that on this the 21st day of March, 2006, I served a true and correct copy of the within Motion, by regular mail, postage prepaid, on Peter Nehrona, Esquire, (AUSA), Office of the United States Attorney, 50 Fleet Center, Providence, RI 02903, by regular mail, postage prepaid and additional copies upon the defendant, Ronald Hall, c/o Donald W. Wyatt Detention Center, 950 High Street, Central Falls, RI 02863 and Ms. Janie Hall, 123 Chester Street, Providence, RI 02907.