UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR 05-126 S
:
RONALD HALL :

**ORDER REQUIRING
DEFENDANT TO SHOW CAUSE**

On March 22, 2006, Defendant, Ronald Hall's, Motion to Proceed in Forma Pauperis (Document ("Doc.") #19) ("Motion") was filed. Defendant apparently wishes to proceed in forma pauperis with an appeal of the Judgment (Doc. #16) entered on March 8, 2006, in the instant criminal matter. See Docket. However, Defendant failed to provide the affidavit and certified copy of his prisoner trust fund account required by 28 U.S.C. § 1915(a). Defendant's counsel was so notified.

The Court still has not received the required affidavit and certified copy of Defendant's prisoner trust fund account. Accordingly, **Defendant, through counsel, is hereby ordered to appear at 2:00 p.m. on Wednesday, May 31, 2006,** in Courtroom B, second floor, Pastore Building, Two Exchange Terrace, Providence, Rhode Island, **and show cause why the Motion should not be denied.** The clerk is directed to send a copy of this Order to Defendant.

So ordered.

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 11, 2006

BY ORDER:

Deputy Clerk