UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 22 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. CR 1:05CR-00126-01S |
| | : | |
| RONALD HALL | : | |

RECEIVED
MAR 27 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**DEFENDANT, RONALD HALL'S, MOTION TO PROCEED IN FORMA PAUPERIS**

NOW COMES the defendant, RONALD HALL, by and through his undersigned trial counsel, and moves this Honorable Court, for an Order, permitting the appellant herein to proceed before this Honorable Court, In Forma Pauperis.

As grounds therefor, the defendant states as follows:

1. That he is currently detained and serving a sentence imposed in the United States District Court for the District of Rhode Island, per the William E. Smith, District Court Judge;

2. That he stands convicted of firearms offense and narcotics offenses and is scheduled to serve a sentence of 120 months and has no lawful ability to earn or accept monies within the United States;

3. That the Judgment in a Criminal Case, a copy of which is appended hereto, based upon the Pre-Sentencing Investigation Report, waived all statutory fines and penalties as the defendant-appellant has no such ability to pay the same.

WHEREFORE, the defendant, prays this Honorable Court, for leave to proceed, *in forma pauperis*, and therefore waive all statutory filing fees or otherwise.

Withdrawn per letter from
Defendant's counsel of May 18, 2006.

[signature]

DAVID L. MARTIN, USMJ
May 19, 2006

U.S.M.J. Martin
3/23/06