# United States Court of Appeals
## For the First Circuit

CR 5-126S

No. 06-1518

UNITED STATES

Appellee

v.

RONALD HALL

Defendant - Appellant

---

**ORDER OF COURT**

**Entered: October 11, 2006**
**Pursuant to 1st Cir. R. 27(d)**

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _______ Date: 10/11/06

By the Court:

Richard Cushing Donovan, Clerk

JULIE GREGG

By: ____________________
Julie Gregg, Operations Manager

[Certified copy: Hon. William E. Smith and David DiMarzio, USDC Clerk ]

[ cc: Peter F. Neronha, AUSA, Donald Lockhart, AUSA, Damon M. D'Ambrosio, Esq.]