David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Robert R. Henry
Chief Deputy

October 18, 2006

Richard Donovan, Clerk
United States Court of Appeals
One Courthouse Way
Boston, MA 02109

**Re: US v. Ronald Hall, Cr. No. 05-126S**

Dear Mr. Donovan:

Enclosed please find Supplemental Record on Appeal, together with a certified copy of the docket in the above matter.

Please acknowledge receipt of the enclosed by signing a **copy** of this letter and returning back to this office.

Sincerely,

DAVID A. DiMARZIO
Clerk of Court

Alba-Sue Mercurio
Deputy Clerk

Enclosure: Order granting ifp (#30)
Certified Docket