05-126
USDC/R.I.
Smith, W.

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1518

UNITED STATES,

Appellee,

v.

RONALD HALL,

Defendant, Appellant.

---

Before

Lynch, Circuit Judge,
Campbell and Selya, Senior Circuit Judges.

---

**JUDGMENT**
**Entered: May 17, 2007**

Appellant-defendant Ronald Hall pled guilty to one count of possession of five or more grams of cocaine base, in violation of 21 U.S.C. § 844, and one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). He has appealed from the conviction and 120-month sentence imposed by the district court. Defense counsel has filed a motion to withdraw and a brief pursuant to Anders v. California, 386 U.S. 738 (1967).

Hall pled guilty pursuant to a written plea agreement. The parties stipulated that the substance involved in Count I was cocaine base in the form of crack cocaine, and that its weight was 5.12 grams. They further stipulated that the firearm possessed by defendant "was present for and connected to the conduct set forth in Count I of the Information." Pursuant to the terms of the plea agreement, the government requested that the court impose a sentence at the low end of the applicable guideline sentencing range (110 months), and the defendant did not request a lower sentence. The court imposed a sentence of 120 months, still within

the GSR of 110-137 months.

Having carefully reviewed the record in this case, we agree with counsel for the appellant that the appeal presents no meritorious issues. Hall objected to the presentence investigation report's calculation of his criminal history points, which was subsequently adopted by the sentencing court. For the reasons stated by the Probation Officer in response to those objections, however, we find that it would be frivolous to pursue that objection on appeal. The sentencing court's detailed explanation for the sentence imposed easily satisfies the standard for a reasonable sentence. "Assuming a plausible explanation and a defensible overall result, sentencing is the responsibility of the district court." United States v. Jimenez-Beltre, 440 F.3d 514, 519 (1st Cir. 2006).

Hall's conviction and sentence are affirmed and counsel's motion to withdraw is granted.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

George Kaat
Deputy Clerk

Date: 6/7/07

[cc: Peter F. Neronha, AUSA, Donald Lockhart, AUSA, Edward Juel, Esq., Ronald Hall]